**2000–0925. In re Henning.**
On May 5, 2000, the Secretary of the Board of Commissioners on Grievances and Discipline filed an entry with this court pursuant to Gov.Bar R. V(5) to notify the court of the conviction of Frederick Edward Henning (Attorney Registration No. 0002535; last known business address in Toledo, Ohio), in the United States District Court, Northern District of Ohio, case No. 3:95CR758–2, in violation of Section 657, Title 18, U.S.Code, Misapplication of Bank Funds, and in violation of Section 1344, Title 18, U.S.Code, Bank Fraud. On May 3, 2002, respondent filed a copy of a judgment entry of the United States Court of Appeals for the Sixth Circuit, entered on April 18, 2002, reversing the judgment of conviction. Upon consideration thereof,
    IT IS ORDERED by the court, sua sponte, that this cause be, and hereby is, dismissed.

**2000–1814. In re Resignation of Plummer.**
IT IS ORDERED by this court, sua sponte, that Steven James Plummer, Attorney Registration No. 0067426, last known business address in Cincinnati, Ohio, be found in contempt for failure to comply with this court's order of May 14, 2001, to wit, failure to surrender his certificate of admission on or before June 13, 2001.

**2000–2281. Disciplinary Counsel v. Lawlor.**
IT IS ORDERED by this court, sua sponte, that Patrick M. Lawlor, Attorney Registration No. 0041717, last known business address in Beachwood, Ohio, be found in contempt for failure to comply with this court's order of July 18, 2001, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before August 17, 2001.

**2000–2286. Cuyahoga Cty. Bar Assn. v. Rockmael.**
IT IS ORDERED by this court, sua sponte, that Les Evan Rockmael, Attorney Registration No. 0065107, last known business address in Parma Heights, Ohio, be found in contempt for failure to comply with this court's order of May 30, 2001, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before June 29, 2001, and failure to pay board costs in the amount of $892.59 on or before August 28, 2001.

**2001–1103. Columbus Bar Assn. v. Purnell.**
IT IS ORDERED by this court, sua sponte, that Delwin Purnell be found in contempt for failure to comply with this court's order of January 9, 2002, to wit, failure to pay costs in the amount of $163.20 on or before April 9, 2002.

**2001–1180. Columbus Bar Assn. v. Magana.**
IT IS ORDERED by this court, sua sponte, that Gualberto Magana, Attorney Registration No. 0030703, last known business address in Columbus, Ohio, be found in contempt for failure to comply with this court's order of February 20, 2002, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before March 22, 2002.

**2001–1204. Columbus Bar Assn. v. Korda.**
IT IS ORDERED by this court, sua sponte, that Katherine A. Korda, Attorney Registration No. 0047351, last known business address in Columbus, Ohio, be found in contempt for failure to comply with this court's order of January 9, 2002, to wit, failure to surrender her certificate of admission and failure to file an affidavit of compliance on or before February 8, 2002.

**2001–1254. Disciplinary Counsel v. Nasrallah.**
IT IS ORDERED by this court, sua sponte, that Fuad B. Nasrallah, Attorney Registration No. 0023893, last known business address in Dayton, Ohio, be found in contempt for failure to comply with this court's order of January 16, 2002, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before February 15, 2002, and failure to pay board costs in the amount of $888.34 on or before April 16, 2002.